**U.S. Department of Justice**
Federal Bureau of Prisons
FCI Fairton

*Federal Correctional Institution*
*Post Office Box 280*
*655 Fairton-Millville Road*
*Fairton, New Jersey 08320*

March 6, 2025

Honorable Roberto A. Lange
District of South Dakota
Chief United States District Judge
400 South Phillips Avenue, Room 202
Sioux Falls, SD 57104
(605) 330-6670

RE: RATTLING LEAF, Markis Nathan
Register Number: 11745-273
Docket No. 3:12CR30020-1

Dear Judge Lange:

This is to inform you of the death of inmate Rattling Leaf. Inmate Rattling Leaf was sentenced in the District of South Dakota on August 27, 2012, to a term of 222 months for Assault and Abusive Sexual Contact.

On March 4, 2025, at approximately 10:59 a.m., a medical emergency was called to housing unit B-L, cell 126 at the Federal Correctional Institution, Fairton, New Jersey. Inmate Rattling Leaf was found unconscious laying on the floor. Emergency medical procedures were administered as soon as staff became aware of the incident. Inspira Health Emergency Medical Service Paramedics arrived at the institution and provided advanced lifesaving efforts to the inmate. Inmate Rattling Leaf was air lifted off institution grounds at approximately 11:50 a.m. to Cooper University Hospital in Camden New Jersey.

On March 5, 2025, at approximately 4:17 p.m. inmate Rattling Leaf was pronounced deceased by hospital physicians. Inmate Rattling Leaf's family has been notified, and an autopsy will be conducted. Arrangements are being made for the delivery of inmate Rattling Leaf and his personal property to his family.

If any additional information is needed, please feel free to contact Simao Santos, Executive Assistant, at (856) 453-1177, extension 4007.

Sincerely,

L. B. Kelly,
Warden

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Institution*
*P. O. Box 280*
*Fairton, NJ 08320*

B unit

Official Business
Penalty for Private Use $300

SOUTH JERSEY NJ 080
11 MAR 2025PM 4 L

FIRST-CLASS

U.S. OFFICIAL MAIL PENALTY FOR PRIVATE USE $300
US POSTAGE IMI PITNEY BOWES
ZIP 08320
02 7H
0005951614
$ 000.69⁰
MAR 11 2025

57104$6851 CO 03/14